OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

12/15/2014

02 1R
0006557458
MAILED FROM ZIPCODE 78701

$ 00.26
DEC 17 2014

PINKSTON, ERIK CHRISTIAN   Tr. Ct. No. C-372-010140-0815422-A
WR-81,741-02

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk



ERIK CHRISTIAN PINKSTON
- TDC # 1894998